**Scott Snyder**, OSB #903848
Email: scottsnyderlaw@gmail.com
SCOTT SNYDER LAW FIRM LLC
15931 SE Cherry Blossom Way
Happy Valley, OR 97015
Telephone: (503)855-4836

*Attorney for Plaintiffs Reyna Patricia Flores Cardona, Eliezer Rojas Martinez, and Vanessa Patricia Rojas-Flores*

**Noah Jarrett**, OSB #994484
Email: njarrett@schwabe.com
**Elizabeth Graves**, OSB #193644
Email: egraves@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: (503) 222-9981

*Attorneys for Defendants Willamette Jetboat Excursions, LLC and Portland Jetboats, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

REYNA PATRICIA FLORES CARDONA, an individual, ELIEZER ROJAS MARTINEZ, an individual; and VANESSA PATRICIA ROJAS-FLORES, an individual,

Plaintiff,

vs.

WILLAMETTE JETBOAT EXCURSIONS, LLC, an Oregon Limited Liability Company, and PORTLAND JETBOATS, LLC, an Oregon Limited Liability Company,

Defendants.

Case No. 3:25-cv-02177-SI

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a), plaintiffs Reyna Patricia Flores Cardona, Eliezer Rojas Martinez, and Vanessa Patricia Rojas-Flores and defendants Willamette Jetboat Excursions, LLC and Portland Jetboats, LLC jointly stipulate that this action and all claims asserted herein are dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED this 15th day of September, 2026.

**IT IS SO STIPULATED:**

SCHWABE, WILLIAMSON & WYATT, P.C.

By: ______________________________
Noah Jarrett, OSB #994484
Email: njarrett@schwabe.com

*Attorneys for Defendant Willamette Jetboat Excursions, LLC and Portland Jetboats, LLC*

SCOTT SNYDER LAW FIRM LLC

By: ______________________________
Scott Snyder, OSB #903848
Email: scottsnyderlaw@gmail.com

*Attorney for Plaintiffs Reyna Patricia Flores Cardona, Eliezer Rojas Martinez, and Vanessa Patricia Rojas-Flores*

Based on the parties' stipulation, and the Court being fully advised,

IT IS HEREBY ORDERED AND ADJUDGED that this action and all claims asserted herein are dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED: September 15, 2026

______________________________
Hon. Michael H. Simon
United States District Judge



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981